Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant DM Group, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* PATRICK COLLIGAN and PETER ANDREYEV,<br><br>                                                      Plaintiffs,<br><br>v.<br><br>DM GROUP, INC., RICHARD DOES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                                                      Defendants. | (Electronically Filed)<br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

### DECLARATION OF ANGELO A. STIO III

I, Angelo A. Stio III declare as follows:

1.      I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2.      I have personal knowledge of the facts set forth in this Declaration.

3.      I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which

-2-

is representing Defendant DM Group, Inc. in the above-captioned matter.

4. Attached as **Exhibit 1** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Defendant Colligan as a Detective with the Franklin Township Police Department.

5. Attached as **Exhibit 2** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

6. DM Group, Inc. is a Maryland Corporation with a principal place of business located 5511 Ketch Road Prince Fredrick, Maryland 20678.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024

*/s/ Angelo A. Stio, III*
Angelo A. Stio III