Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant DM Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DM GROUP, INC., et al.,<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 2:24-cv-04075-EP-LDW<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant DM Group, Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  /s/ Melissa A. Chuderewicz
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendants DM Group, Inc.*

Dated:  March 27, 2024

170117149v1