# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| We Inform, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| Infomatics, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| The People Searchers, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| DM Group, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| Deluxe Corporation, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| Scalable Commerce, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| Innovis Data Solutions Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| Accurate Append, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )  Case No. 24-4261
           )
Equimine, Inc., et. al.     )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )  Case No. 24-4292
           )
Melissa Data Corp., et. al.    )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )  Case No. 24-4324
           )
Restoration of America, et. al.   )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )  Case No. 24-4345
           )
i360, LLC, et. al.      )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.  )
   *Plaintiff*      )
     v.       )  Case No. 24-4380
           )
GoHunt, LLC, et. al.     )
   *Defendant*      )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4383
    )
Accuzip, Inc., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4385
    )
Synaptix Technology, LLC, et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4389
    )
Joy Rockwell Enterprises, Inc., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4390
    )
Fortnoff Financial, LLC, et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4392
    )
MyHeritage, Ltd., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
    v.  )    Case No. 24-4434
  )
E-merges.com, Inc., et. al.  )
    *Defendant*  )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
    v.  )    Case No. 24-4609
  )
Nuwber, Inc., et. al.  )
    *Defendant*  )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
    v.  )    Case No. 24-4664
  )
RocketReach LLC, et. al.  )
    *Defendant*  )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
    v.  )    Case No. 24-4949
  )
Belles Camp Communications, Inc., et. al.  )
    *Defendant*  )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
    v.  )    Case No. 24-5600
  )
Property Radar Inc., et. al.  )
    *Defendant*  )

Atlas Data Privacy Corporation, et. al. )
         *Plaintiff* )
         v. )      Case No. 24-5656
          )
The Alesco Group, L.L.C., et. al. )
         *Defendant* )


Atlas Data Privacy Corporation, et. al. )
         *Plaintiff* )
         v. )      Case No. 24-5658
          )
Searchbug, Inc., et. al. )
         *Defendant* )


Atlas Data Privacy Corporation, et. al. )
         *Plaintiff* )
         v. )      Case No. 24-5775
          )
Amerilist, Inc., et. al. )
         *Defendant* )


Atlas Data Privacy Corporation, et. al. )
         *Plaintiff* )
         v. )      Case No. 24-7324
          )
U.S. Data Corporation, et. al. )
         *Defendant* )


Atlas Data Privacy Corporation, et. al. )
         *Plaintiff* )
         v. )      Case No. 24-8075
          )
Smarty, LLC, et. al. )
         *Defendant* )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## <u>APPEARANCE OF COUNSEL</u>

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

:

| Date | |
|---|---|
| 12/6/2024 | |

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*