| | |
|---|---|
| **PEM LAW LLP** | **MORGAN & MORGAN** |
| Rajiv D. Parikh (032462005) | John A. Yanchunis (*pro hac vice* to be filed) |
| Kathleen Barnett Einhorn (040161992) | 201 N. Franklin Street, 7th Floor |
| Jessica A. Merejo (288592020) | Tampa, FL 33602 |
| 1 Boland Drive, Suite 101 | Tel.: (813) 223-5505 |
| West Orange, NJ 07052 | jyanchunis@forthepeople.com |
| Tel.: (973) 577-5500 | |
| rparikh@pemlawfirm.com | |
| keinhorn@pemlawfirm.com | |
| jmerejo@pemlawfirm.com | |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Patrick Colligan and Peter Andreyev*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>DM GROUP, INC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>Defendants. | Civ. Action No.: 1:24-cv-04075<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law enforcement officers, Patrick Colligan and Peter Andreyev in the above-captioned action.

                                        **PEM LAW LLP**
                                        *Attorneys for Plaintiffs*

Dated: April 10, 2025

                            By: */s/ Jessica A. Merejo*
                                  JESSICA A. MEREJO