UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

                                        **DATE OF PROCEEDING**:    September 12, 2025

**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**    FRANCESCA DI BELLA


**TITLE OF CASE:**                    **DOCKET NO.:** 24-4075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DM GROUP, INC, et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.




                                    s/Lawrence Macstravic
                                    Deputy Clerk

Time Commenced: 10:06a.m.    Time Adjourned: 10:08a.m.    Total Time in Court:   0:02