UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   March 24, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    META GODDARD

**TITLE OF CASE:**                          **DOCKET NO.:** 24-4075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DM GROUP, INC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   11:20a.m.      Time Adjourned:   11:22a.m.      Total Time in Court: 0:02