UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4075 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
DM GROUP, INC., et al

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

**Time Commenced**: 10:01 a.m.
**Time Adjourned**:    11:21 a.m.
**Total Time**: 2 Minutes

s/ Ivannya Fitzgerald
**Deputy Clerk**